AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Paula Vivoda-Klotz <br><br> *Plaintiff(s)* <br> v. <br> Trumbull County Board of Commissioners <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:22 CV 1005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trumbull County Board of Commissioners
160 High Street NW, 5th Floor
Warren, Ohio 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David N. Truman
Employment Law Partners, LLC
4700 Rockside Road, Suite 530
Independence, OH 44131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: June 10, 2022

*Mattilyn P. Gorby*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22 CV 1005

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trumbull County Board of Commissioners was received by me on *(date)* June 10, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Defendant Trumbull County Board of Commissioners by delivering a copy of the summons and complaint to Board President Frank Fuda via commercial carrier (FedEx). Proof of delivery on June 14, 2022 is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/23/2022

/s/David N. Truman
*Server's signature*

David N. Truman, Attorney
*Printed name and title*

Employment Law Partners, LLC
4700 Rockside Road #530 Independence, OH 44131
*Server's address*

Additional information regarding attempted service, etc:



June 23, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 777113781602

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | D.DON | **Delivery Location:** | 160 HIGH ST NW 5 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WARREN, OH, 44481 |
| | | **Delivery date:** | Jun 14, 2022 10:26 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 777113781602 | **Ship Date:** | Jun 13, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
c/o Bd. President Frank Fuda, Trumbull County Bd. of Commissioner
160 High Street NW, 5th Floor
WARREN, OH, US, 44481

**Shipper:**
David N. Truman, Employment Law Partners, LLC
4700 Rockside Road
Suite 530
INDEPENDENCE, OH, US, 44131



Thank you for choosing FedEx