UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAULA VIVODA-KLOTZ, ) | CASE NO.: 4:22-CV-01005-BYP |
| ) | |
| Plaintiff, ) | JUDGE: BENITA PEARSON |
| ) | |
| vs. ) | **NOTICE OF SERVICE** |
| ) | **OF DISCOVERY REQUESTS** |
| TRUMBULL COUNTY BOARD OF ) | **TO PLAINTIFF** |
| COMMISSIONERS, ) | |
| ) | |
| Defendant. ) | |

Now comes Defendant Trumbull County Board of Commissioners, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby gives notice to this Court that Defendant has duly served Defendant's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Propounded to Plaintiff, on August 18, 2022, upon counsel for Plaintiff.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Kathleen M. Minahan*
KATHLEEN M. MINAHAN  (0064989)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   kminahan@mrrlaw.com

*Counsel for Defendant Trumbull County Board of Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, a copy of the foregoing Notice of Service of Discovery Requests to Plaintiff was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Kathleen M. Minahan*
KATHLEEN M. MINAHAN (0064989)

*Counsel for Defendant Trumbull County Board of Commissioners*