Approved.
/s/ *Benita Y. Pearson* on 9/8/2023
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA VIVODA-KLOTZ, | ) | CASE NO.: 4:22-CV-01005-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE: BENITA PEARSON |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| TRUMBULL COUNTY BOARD OF | ) | |
| COMMISSIONERS, | ) | |
| | ) | |
| Defendant. | ) | |

Now come the parties, by and through their respective counsel, and jointly stipulate that this matter has been resolved and shall be dismissed in its entirety, with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

/s/ *Kathleen M. Minahan*
Kathleen M. Minahan (0064989)
kminahan@meyersroman.com
Meyers Roman Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
(216) 831-0042 / Fax: (216) 831-0542

*Attorney for Defendant*

/s/ *David N. Truman*
David N. Truman (0082347)
david@employmentlawpartners.com
Stuart G. Torch (0079667)
stuart@employmentlawpartners.com
EMPLOYMENT LAW PARTNERS, LLC
4700 Rockside Rd., Ste. 530
Independence, Ohio 44131
216.382.2500/ Fax: 216.381.0250

*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
Date

_____
Benita Y. Pearson
United States District Judge

{ 1